<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

———————

**No. 03-1045**

———————

REV. EARNEST LEE HOBLEY,

                                  Plaintiff - Appellant,

      versus

BODDIE-NOELL ENTERPRISES, INCORPORATED,

                                  Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-01-54-3)

———————

Submitted: June 23, 2003                 Decided: July 10, 2003

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Earnest Lee Hobley, Appellant Pro Se. Charles Matthew Keen, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earnest Lee Hobley appeals the district court's orders granting summary judgment to Defendant in his employment discrimination action and denying reconsideration of that order. We have independently reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hobley v. Boddie-Noell Enters., Inc., No. CA-01-54-3 (W.D. Va. filed Nov. 22, 2002 and entered Nov. 25, 2002; Mar. 12, 2003; Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2